No. 10–229. FOX v. TRAVERSE CITY AREA PUBLIC SCHOOLS BOARD OF EDUCATION ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–257. NORTH COUNTY COMMUNICATIONS CORP. v. CALIFORNIA CATALOG & TECHNOLOGY, DBA CTT TELECOMMS (OCN 573B), ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–268. IAC/INTERACTIVECORP ET AL. v. COSMETIC IDEAS, INC., dba SWEET ROMANCE JEWELRY MANUFACTURING. C. A. 9th Cir. Certiorari denied.

No. 10–274. LOYA, PERSONAL REPRESENTATIVE OF THE ESTATE OF LOYA, DECEASED, ET AL. v. STARWOOD HOTELS & RESORTS WORLDWIDE, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–276. BRUNER ET AL. v. HARTSFIELD, PROPERTY APPRAISER, LEON COUNTY, FLORIDA, ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 10–278. EDUCATIONAL MEDIA COMPANY AT VIRGINIA TECH, INC., ET AL. v. SWECKER, COMMISSIONER, VIRGINIA DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–279. CARPENTER TECHNOLOGY CORP. v. AGERE SYSTEMS, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–281. LANNING ET AL. v. PILCHER ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 10–284. CITY OF COLTON, CALIFORNIA v. AMERICAN PROMOTIONAL EVENTS, INC.-WEST, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–364. RANDOLPH v. DIMENSION FILMS ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–373. MANNING v. AMERICAN REPUBLIC INSURANCE Co. C. A. 8th Cir. Certiorari denied.